IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HENRY OSOWIECKI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-19-819 |
| OCWEN LOAN SERVICING, LLC, | * | |
| Defendant. | * | |

*****

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 18th day of February, 2020, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Counts IV, V, and VI of Plaintiff's Amended Complaint (ECF No. 10) is GRANTED; and

IT IS FURTHER ORDERED that Ocwen shall file an Answer to the remaining counts of the Amended Complaint within fourteen (14) days of the date of this Order.

/s/
George L. Russell, III
United States District Judge